IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02033-WYD-CBS

DAVID JACKSON,

        Plaintiff,

v.

VERA JACKSON,

        Defendant.

## ORDER TO CURE DEFICIENCY

Daniel, Judge

Plaintiff submitted a Motion for Leave to Proceed In Forma Pauperis on Appeal actually titled "In Forma Pauperis Declaration" on February 6, 2006. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)** **Filing Fee**
    X    is not submitted

**(B)** **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
    ___    is not submitted
    ___    is missing affidavit
    ___    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
    ___    is missing required financial information
    ___    is missing an original signature by the prisoner
    X    is not on proper form (must use the court's current form)
    ___    other_____

1

Accordingly, it is

ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

Dated: February 8, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge