IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02033-WYD-CBS

DAVID JACKSON,

      Plaintiff,

v.

VERA JACKSON,

      Defendant.

---

AMENDED ORDER DENYING LEAVE TO PROCEED ON APPEAL
PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24

---

Daniel, Judge

      Plaintiff filed *pro se* on February 6, 2006, a notice of appeal. On February 8, 2006, the court ordered plaintiff to cure the deficiencies on appeal by submitting either the filing fee on appeal or a Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. On February 17, 2006, plaintiff submitted a Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. The court has examined the motion and the file and finds that the motion is deficient for the following reasons:

**(A)**   **Filing Fee**
      X    is not submitted

**(B)**   **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      ___   is not submitted
      ___   is missing affidavit
      X    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
      ___   is missing required financial information

    ___    is missing an original signature by the prisoner
    ___    is not on proper form (must use the court's current form)
    ___    other_____

Accordingly, it is

ORDERED that the February 17, 2006 motion seeking leave to proceed *in forma pauperis* on appeal is denied because the motion is deficient.

Dated: March 2, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge