IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02033-WYD-CBS

DAVID JACKSON,
    Plaintiff,
v.

VERA JACKSON,
    Defendant.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Jackson's "Cover Letter Obstruction of Justice pursuant to Title 42 U.S.C. Subchapter 1 § 1987" (filed April 10, 2006) (doc. # 46), docketed by the Clerk of the Court as "Motion for Order to have the Clerk of Court mail a copy of enclosed motions to opposing parties, additional time to perfect argument, Court Order clarifying Hindrance for Dft. Robinson." Pursuant to the Order of Reference dated October 27, 2005 (doc. # 3) and the memorandum dated April 12, 2006 (doc # 47), this matter was referred to the Magistrate Judge.

    Jackson asks the court: (1) to order "the Clerk of the Court to mail copies of the enclosed motions to the other parties;" (2) for "additional time to perfect the enclosed motion, for all of the motions, writs, an objections have not been perfected. . . ;" and (3) for an order "clarifying hindrance for defendant Robinson . . . ."

    There is no provision for the court to mail copies of Jackson's filings to other parties in the case. No "enclosed motions" accompany Jackson's filing. The only

1

named Defendant in this case is Jackson's ex-wife.  The court's records contain no proof of service of this civil action on the only Defendant.  The court does not have jurisdiction over "Robinson" to make the order that Jackson requests.  Nor does the court have the authority to override policies or regulations of the detention facility where Jackson is incarcerated.  Jackson's requests are too vague and generalized and not sufficiently specific for the court to address.  On March 21, 2006, the court issued an Amended Recommendation of United States Magistrate Judge (doc. # 39) that this civil action be dismissed with prejudice for lack of subject matter jurisdiction.  Jackson filed his "appeal to District Court Judge . . ." on March 30, 2006.  It is not clear to the court what "motions, writs, an objections have not been perfected."  Accordingly,

IT IS ORDERED that Jackson's "Cover Letter Obstruction of Justice pursuant to Title 42 U.S.C. Subchapter 1 § 1987" (filed April 10, 2006) (doc. # 46), docketed by the Clerk of the Court as "Motion for Order to have the Clerk of Court mail a copy of enclosed motions to opposing parties, additional time to perfect argument, Court Order clarifying Hindrance for Dft. Robinson" is DENIED.

DATED at Denver, Colorado, this 13th day of April, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge

2